UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORA MEDLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN F. THEIRBACH, ET AL.,<br><br>  Defendant(s). | Case No. 5:21-cv-89-DOC (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: August 10, 2021

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge