JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORA MEDLEY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN F. THEIRBACH, ET AL.,<br><br>Defendant(s). | Case No. 5:21-cv-89-DOC (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: August 10, 2021

_____
HONORABLE DAVID O. CARTER
United States District Judge